

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2020

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 8, 2020

> Status Conf. adjourned from July 9, 2020 until Sept. 11, 2020 at 11:00 am. Clerk of the Court requested to terminate the motion (doc. 16).
> Dated: July 8, 2020
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**BY CM/ECF and Electronic Mail**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
New York, New York 10601

Re:  *United States v. Fernando Fuentes-Reyna and Victor Guzman*, 19 Cr. 736 (NSR)

Dear Judge Román:

The Government writes respectfully, on behalf of all parties, to request an adjournment of the status conference currently scheduled for tomorrow, July 9, 2020.

On March 25, 2020, the Court adjourned the status conference scheduled for March 27, 2020, to May 28, 2020, at 12:30 p.m., in light of COVID-19 and the emergency declarations from the President and the Governor. That same day, the Court excluded time, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through May 28, 2020. On May 27, 2020, the Court again adjourned the status conference, this time to July 9, 2020, and again excluded time, for substantially the same reasons.

The parties continue to discuss potential dispositions, but those discussions are moving more slowly than usual, due to the continued restrictions imposed as a result of COVID-19. If the parties appeared tomorrow, they expect they would ask for an adjournment in order to continue those discussions. Accordingly, in order to preserve judicial resources, and minimize unnecessary travel during the pendency of various emergency orders, the parties respectfully request that tomorrow's conference be adjourned for approximately one month.

I have communicated with the Court's deputy, who told me that the Court is available on September 11, 2020, at 11:00 a.m. Accordingly, the Government respectfully requests that tomorrow's conference be adjourned to September 11, 2020, at 11:00 a.m.

Additionally, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because, among other

Hon. Nelson S. Román
September 11, 2020
Page 2 of 2

things, it will allow defense counsel to review discovery with their clients, determine what pre-trial motions, if any, to make and prepare such motions, prepare for trial, and engage in disposition discussions. Accordingly, the Government respectfully requests that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), though September 11, 2020, or such other date that this Court sets for the adjourned conference. Defense counsel have consented to such an exclusion of time. I have attached a proposed order excluding time.

Please feel free to contact me with any questions or issues.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Michael D. Maimin
Assistant United States Attorney
(914) 993-1952

cc:  Benjamin Gold, Esq. (by electronic mail and CM/ECF)
     Michael K. Burke, Esq. (by electronic mail and CM/ECF)