**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

November 10, 2020

The Honorable Nelson S. Roman
District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601-4150

      Re:    United States v. Fuentes-Reyna
              19-cr-00736 (NSR) -01

Dear Honorable Roman:

    I am writing to inform you that Mr. Fuentes-Reyna has informed me that he wants to ask Your Honor for a new attorney.  I have attempted to resolve Mr. Fuentes-Reyna's mistrust of me, but he has continued to ask for a new attorney.  Thus, I am writing to ask that you (1) cancel the November 16, 2020 change of plea hearing and (2) appoint new counsel for Mr. Fuentes-Reyna.

    I know that you have been patient and accommodating when scheduling these recent appearances and I apologize for the inconvenience this has caused.

Sincerely,

//s

Benjamin Gold

cc:    AUSA Michael Maimin

       Fernando Fuentes-Reyna

---

Defendant's request to cancel the in-person change of plea hearing scheduled for Nov. 16, 22020 is granted.  The Court has scheduled an Attorney Appointment/Substitution Hearing/Status Conf. for Nov. 23, 2020 at 1:00 pm or, alternatively, Nov. 24, 2020 at 1:00 pm.  Clerk of Court requested to terminate the motion (doc. 25).
Dated:  Nov. 12, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/12/2020__