UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

UNITED STATES OF AMERICA

-against-

FERNANDO FUENTES-REYNA,

Defendant.

-----------------------------------------------x

**ORDER**

S1 19 Cr. 736-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The Federal Defender's Office attorney assigned to this case __**Benjamin Gold**__ is hereby ordered
Attorney's Name

substituted and the representation of the defendant in the above captioned matter is assigned to

C.J.A. attorney __Lawrence Sheehan__ nunc pro tunc to November 23, 2020.
Attorney's Name

SO ORDERED.

NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
December 4, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2020