**MEMO ENDORSED**

**LARRY SHEEHAN**
**Attorney at Law**
**840 Grand Concourse-Suite 1A**
**Bronx, New York 10451**
**Office Phone: (718) 913-0168**
**Cell Phone: (917) 417-0490**
**Email: Larry-nicky@att.net**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2021

July 8, 2021

Honorable Nelson Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Deft's request to adjourn the Status teleconf. from
July 20, 2021 or, alternatively, July 22, 2021 until
Sept. 14, 2021 at 2:00 pm or, alternatively, Sept.
13, 2021 at 2:00 pm is granted without objection by
the Gov't.  Clerk of Court requested to terminate
the motion (doc. 46).
Dated:  July 9, 2021

Re: United States v. Fernando Fuentes-Reyna
    19 CR 736 (NSR) -01

Dear Judge Roman:

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

      The above matter is scheduled for status conference on July 20th or alternatively
July 22nd.  The Government just made a new offer which my client will accept. However,
as a result of minor surgery on July 14 and July 28 I will not be able to visit with him in
Orange County to go over the details of the new plea agreement. Accordingly, I am
requesting a short adjournment of the case for any date in the middle of August which is
convenient with the Court. Ausa Michael Maimin has no objection to my request and I
consent to exclude time under the Speedy Trial Act.

      If the Court has any questions please do not hesitate to contact the undersigned.

Sincerely,

Larry Sheehan

LS/ss