Case 7:19-cr-00736-NSR   Document 53   Filed 09/13/21   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x

UNITED STATES OF AMERICA

    -against-

FERNANDO FUENTES-REYNA,

    Defendant.
---------------------------------------------x

**ORDER**

S1 19 Cr. 736-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case   __Lawrence Sheehan__   is hereby ordered substituted and
                                                            Attorney's Name

the representation of the defendant in the above captioned matter is assigned to C.J.A.

attorney   __Joseph Vita__   .
              Attorney's Name

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:   White Plains, New York
         September 13, 2021


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2021