**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

UNITED STATES OF AMERICA

              -against-

FERNANDO FUENTES-REYNA,

                  Defendant.

-------------------------------------------------------x

**<u>ORDER</u>**

S1 19 Cr. 736-02 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case _____Joseph Vita_____ is hereby ordered substituted
                                        Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

_____Margaret Shalley_____.
           Attorney's Name

SO ORDERED.

_____

NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New York
        February 11, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/11/2022__