UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>FERNANDO FUENTES-REYNA,<br><br>Defendant. | S1 19 CR 736-01 (NSR)<br><br>RESCHEDULING ORDER |

NELSON S. ROMÁN, United States District Judge:

**Due to a Court scheduling conflict, the in-person Status Conference for the above Defendant is rescheduled from September 21, 2022 to October 3, 2022 at 11:00 am in Courtroom 218**.

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.  To access the teleconference, please follow these directions: (1) **Dial the Meeting Number: (877) 336-1839**; (2) **Enter the Access Code: 1231334#**; (3) Press pound **(#)** to enter the teleconference as a guest.

Dated:  September 19, 2022
        White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2022